NIMA FARBOODY (CA BAR NO. 262371)
20255 Corisco St.
Chatsworth, CA 91311
Tel: 818-886-3200
Fax: 818-478-2285
Email: nfarboody@mazalent.com

Attorney for MAZAL GROUP, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZAL GROUP, LLC, a California Limited Liability Company<br><br>        Plaintiff,<br><br>    vs.<br><br>YIZHAK BEN AMI, an individual; and DOES 1 to 10,<br><br>        Defendants. | Case No.: 2:17-cv-9084<br><br>**DECLARATION OF MAAYAN TAL IN SUPPORT OF PLAINTIFF MAZAL GROUP LLC'S COMPLAINT** |

I, the undersigned declare that I am an employee of Mazal Group, LLC, the Plaintiff in the above entitled matter. I have personal knowledge of the following facts, and, if called as a witness, I would competently testify on those facts.

1. On or about September 29, 2017, I discovered MG Products that traced back to the Defendants' inventory online at various unauthorized resellers.

2. On or about October 11, 2017, I spoke with Defendant Yizhak Ben Ami.

3. Defendant Ben Ami admitted to me that Defendant Ben Ami was engaged in sales of MG Products in Mexico.

4. To the best of my knowledge Mexico is not a Licensed Location for Defendant Ben Ami.

5. The quantity and frequency of these unauthorized sales by resellers are highly unusual.

6. The repeated nature of the discovery of this inventory that traces back to Defendant Ben Ami

Declaration of Maayan Tal

1

and the quantities of the products for sale leads me to rationally conclude that Defendant Ben Ami is engaged in the intentional distribution of such products to resellers.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed on: __12/19/2017, at (city) Chatsworth, CA.

_____

Maayan Tal

Declaration of Maayan Tal

2